FILED:  May 16, 2014

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————

No. 13-1839 (L)
(1:12-cv-01780-WMN)

———————————

JOYCE BARLOW

      Plaintiff - Appellee

v.

COLGATE PALMOLIVE COMPANY

      Defendant - Appellant

 and

JOHN CRANE-HOUDAILLE, INCORPORATED; E.L. STEBBING &
COMPANY, INC.; HAMPSHIRE INDUSTRIES, INC., f/k/a John H. Hampshire
Company; UNIVERSAL REFRACTORIES COMPANY; J.H. FRANCE
REFRACTORIES COMPANY; THE GOODYEAR TIRE & RUBBER
COMPANY, f/k/a Kelly Springfield Tire Company; MCIC, INC., and its remaining
Director Trustees, Robert I. McCormick, Elizabeth McCormick and Patricia
Schunk; CBS CORPORATION, a Delaware Corporation f/k/a Viacom, Inc.,
Successor by merger to CBS Corporation, a Pennsylvania Corporation, f/k/a
Westinghouse Electric Corporation; METROPOLITAN LIFE INSURANCE
COMPANY; A.W. CHESTERTON COMPANY; CERTAINTEED
CORPORATION, individually and as successor to Bestwall Gypsum Co.; KAISER
GYPSUM COMPANY, INC.; UNION CARBIDE CORPORATION;
INTERNATIONAL PAPER COMPANY, individually and as successor in interest
to Champion International Corporation and U.S. Plywood Corp.; BAYER
CROPSCIENCE, INC., individually and as successor in interest to Benjamin Foster
Co., Amchem Products, Inc., H.B. Fuller Co., Aventis CropScience USA, Inc.,

Rhone-Poulenc AG Company, Inc., Rhone-Poulenc, Inc. and Rhodia, Inc.;
COOPER INDUSTRIES, INC., individually and as successors in interest to Crouse
Hinds Co.; PFIZER CORPORATION; SCHNEIDER ELECTRIC USA, INC., f/k/a
Square D Company, individually and as successor in interest to Electric Controller
and Manufacturing Co.; GEORGIA-PACIFIC, LLC, individually and as successor
to Bestwall Gypsum Co.; FOSTER WHEELER CORPORATION; THE
WALLACE & GALE ASBESTOS SETTLEMENT TRUST; CONWED
CORPORATION; GENERAL ELECTRIC COMPANY; GEORGIA PACIFIC
CORPORATION, individually and as successor in interest to Bestwall Gypsum Co.

     Defendants

------------------------------------

# O R D E R

------------------------------------

    Appellees are directed to respond to appellant's petition for rehearing en banc
on or before May 30, 2014.

                   For the Court

                   /s/ Patricia S. Connor, Clerk